UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN A. ROGERS,

    Petitioner,

v.

B. KIBLER,

    Respondent.

Case No. 21-cv-04972-JD

**ORDER OF DISMISSAL**

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 16, 2021

JAMES DONATO
United States District Judge